UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JESUS VILLA,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:24-cv-00908-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 10) |

      Plaintiff Jaime Jesus Villa ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

      On November 6, 2024 – the deadline for filing a motion for summary judgment – Plaintiff instead filed a stipulated request for a 54-day extension of time. (Doc. 10). Counsel represents that the extension is necessary in light of her experiencing an unexpected emergency involving a family member, needing to fully research issues presented in the case, and having to complete an unrelated appellate brief during the interim. *Id.*

      Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). That rule further provides, "Requests for Court-approved extensions brought on the

required filing date for the pleading or other document are looked upon with disfavor."

Here, given counsel for Plaintiff's representations about the reasons Plaintiff seeks an extension of time and given counsel's representation that she requires an extension of more than seven weeks (*see* Doc. 10), it should have become apparent before the due date for filing the motion for summary judgment that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file the request for extension of time before now.

The Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that Plaintiff seeks to extend.

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc* from November 6, 2024, to December 30, 2024;
2. No further extension will be granted without a timely-filed request by one or both parties supported by a showing of good cause; and
3. The Court's Scheduling Order (Doc. 3) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated:   **November 7, 2024**                              _____
                                                                                      UNITED STATES MAGISTRATE JUDGE